THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 In the Matter
 of the Estate of Reba P. Hinson, Probate 2008-ES-12-297, Mell Woods, Petitioner,
 v.
 Robert H.
 Breakfield, as Personal Representative of the Estate of Reba P. Hinson, Respondent.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal From Chester County
 Brooks P. Goldsmith, Probate Court Judge

Memorandum Opinion No.   2011-MO-039
 Submitted December 14, 2011  Filed
December 19, 2011

REVERSED AND REMANDED

 
 
 
 Mell Woods, Pro Se, of Lancaster.  
 B. Michael Brackett, of Moses Koon & Brackett, of Columbia,
 for Respondent.
 
 
 

PER CURIAM:   Petitioner seeks a writ of certiorari
 to review the Court of Appeals' dismissal of his appeal.  The Court of Appeals dismissed the appeal because petitioner
 failed to serve and file a notice of appeal from the final order granting
 respondent's motion for summary judgment and instead served and filed a notice
 of appeal from a subsequent order denying his Rule 59(e), SCRCP, motion,
 without any mention of the earlier order.  We grant the petition for a writ of
 certiorari, dispense with further briefing, reverse the order of dismissal, and
 remand this matter to the Court of Appeals for consideration of petitioner's
 appeal.  See Weatherford
 v. Price, 340 S.C. 572,
 532 S.E.2d 310 (Ct. App. 2000); Charleston Lumber Co. v.
 Miller Housing Corp., 318
 S.C. 471, 458 S.E.2d 431 (Ct. App. 1995).
REVERSED AND
 REMANDED.
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.